IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODEE GARRETT,

        Plaintiff,                      No. 2:12-cv-2917 WBS KJN P

    vs.

J. SWEET, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel.  On December 13, 2012, the court screened plaintiff's civil rights complaint, and found plaintiff stated a cognizable claim as to defendant Sweet.  On January 7, 2013, plaintiff submitted the documents for service of process on defendant Sweet.  On that same day, plaintiff filed a motion for summary judgment against defendant Sweet.

        Thus, plaintiff's motion for summary judgment is premature.  Defendant Sweet has not yet been served with process, and has not yet appeared in this action.  Moreover, plaintiff is advised that once defendant Sweet files an answer, the court will issue a scheduling order that provides deadlines for discovery and for the filing of dispositive motions, including motions for summary judgment.  Plaintiff should refrain from filing the motion for summary judgment until defendant has appeared in the action, and discovery is completed.

For all of these reasons, plaintiff's motion is premature, and is denied without prejudice to its renewal at the proper time.

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 7, 2013 motion (dkt. no. 10) is denied without prejudice.

DATED: January 10, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

garr2917.den